**STATE of Missouri, Respondent,**

v.

**Huntley RUFF, Appellant.**

**No. WD 37463.**

Missouri Court of Appeals, Western District.

Nov. 12, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 23, 1986.

Huntley Ruff, pro se.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and MANFORD, and BERREY, JJ.

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for forcible rape, in violation of § 566.030,

RSMo Supp.1984, sodomy, in violation of § 566.060, RSMo, Supp.1984, robbery in the first degree, in violation of § 569.020, RSMo 1978, and armed criminal action, in violation of § 571.015, RSMo 1978.

Judgment affirmed. Rule 30.25(b).